Can the witness tell us how
the loan from Caymen to ACF
is different than a loan from
ICF II or COF to ACF?

COURT'S
EXHIBIT NO. Z
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 5-4-2023