Can you please clarify charge 30?

Do we need to prove/decide on Money Laundery Generally in order to get to Conspiracy to Commit Money Laundery?

COURT'S
EXHIBIT NO. A-A
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 5 - 12 - 2023