

*United States District Court*
DISTRICT OF OREGON
1527 United States Courthouse
1000 S.W. Third Avenue
Portland, Oregon 97204

Chambers of
**MICHAEL H. SIMON**
United States District Judge

May 15, 2023

Dear Jury:

Thank you for your question, "Can you please clarify charge 30? Do we need to prove/decide on money laundering generally in order to get to Conspiracy to Commit Money Laundering?"

Here is my response:

> Please reread Instruction Nos. 22, 25, and 26. It may be helpful to read each of these three instructions aloud, slowly and with a brief pause after each sentence.

Thank you.

Michael H. Simon
United States District Judge

**Court Exhibit AA-1**